# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00511-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     CHARLES LEE BARTON,

      Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that a status/scheduling hearing regarding Defendant Barton is set **Friday, November 19, 2010 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




Dated:  October 28, 2010

_____