**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00511-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    CHARLES LEE BARTON,
2.    CRYSTAL SMITH,

        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding both Defendants Barton and Smith is set **Tuesday, November 30, 2010 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendants must be present.

      This will further confirm that the hearing set **November 19, 2010 is VACATED**.

Dated:  November 15, 2010
_____