**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00511-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **CHARLES LEE BARTON, a/k/a "Chucky,"**

    Defendant.

---

**ORDER**

---

Came on this date to be considered the motion of the United States to grant the defendant an additional level downward for acceptance of responsibility and, pursuant to the plea agreement, to dismiss Count Three of the Indictment. The court finds there are good grounds to grant the motion. THEREFORE,

IT IS ORDERED, that the defendant is granted the additional level downward for acceptance of responsibility and count three of the indictment against this defendant is hereby dismissed.

IT IS SO ORDERED on this __7th__ day of March 2011.

                                  s/Lewis T. Babcock
                                  LEWIS T. BABCOCK
                                  SENIOR UNITED STATES DISTRICT COURT JUDGE